# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2026 KW 0666

VERSUS

TREVAIR DESHAWN PATTERSON

**JULY 27, 2026**

---

In Re:    Trevair Deshawn Patterson, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 23-FELN-047127.

---

**BEFORE:    PENZATO, GREENE, AND FIELDS, JJ.**

**WRIT GRANTED.** The district court is ordered to act on relator's motion for speedy trial, filed January 28, 2026, on or before October 15, 2026, and to provide this court with a copy of its ruling by October 22, 2026.

**AHP**
**HG**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT